# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 5:01cr15-RH/WCS
 5:04cv249-RH/WCS

RAYMOND E. DAVIS,

    Defendant.
_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 68), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "Defendant's motion, as amended, for relief under 28 U.S.C. §2255 (document 58) is DENIED WITH PREJUDICE." The clerk shall close the file.

SO ORDERED this 7th day of April, 2007.

                                                  s/Robert L. Hinkle
                                                Chief United States District Judge